UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:                                    CASE NO.:
**DONALD JUSTUS BRAKE**                06-00947-8-JRL
**CINDY HEFFNER BRAKE**
**Debtors**                             CHAPTER 12

**AFFIDAVIT REGARDING ATTORNEY EMPLOYMENT**

Stephen L. Beaman, being first duly sworn, deposes and says in connection with the Application for Employment of Professional Person filed April 3, 2006 herein.

(1) It is necessary for Debtors-In-Possession under Chapter 12 in the above estate to employ Stephen L. Beaman to assist, to act, and to advise in preserving, liquidating and recovering for this estate the various properties, to make an investigation of any additional assets and any rights which the Debtors-in-Possession may have to the same, and to obtain a confirmed Plan.

(2) I do not hold or represent any interest adverse to the bankruptcy estate, I am a disinterested person except as noted in the Application for Employment of Professional Person filed herewith as contemplated under Section 327(a) of the Bankruptcy Code, and it will be in the best interest of the estate, that I, serve as attorney for the estate.

(3) I have no business, professional or other in connection with the Debtors, creditors or any other party in interest, their respective attorneys or accountants, other than in this case.

This 18th day of April, 2006.

                                                   s/Stephen L. Beaman
                                                   Stephen L. Beaman, N.C. Bar No. 6021
                                                   PO Box 1907 Wilson, NC 27894-1907
                                                   (252)237-9020 sbeaman@beamanlaw.com

Sworn to and subscribed before me
this 18th day of April, 2006.

Jean C. Stolarik
Notary Public
My Commission Expires: October 1, 2007